PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.   04-CR-456-01

Moshe Lavid

On November 9, 2005, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

United States Probation Officer  
Assistant  
Patricia C. Jensen

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _12th_ day of _June_, 2009

United States District Judge