UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | ORDER |
| : | |
| Moshe Lavid : | CR. NO. 04-456 |
| : | |

This matter having come before the Court by letter application of the United State's Attorney for the Eastern District of Pennsylvania (Assistant United States Attorney John J. Pease appearing) for an order to unseal the Criminal Information in this case, for the purpose of providing a copy to the United States Attorney for the Eastern District of Pennsylvania only.

IT IS on this 23rd day of August, 2012

ORDERED that the Criminal Information in this case shall be unsealed for the purpose of providing a copy to the United States Attorney for the Eastern District of Pennsylvania only.

IT IS FURTHER

ORDERED that the Criminal Information in this case shall remain sealed until further order of the Court.

Stanley R. Chesler, USDJ